UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61697-CIV-MARRA/HOPKINS

GARY F. THOMPSON,

    Plaintiff,

vs.

PROFESSIONAL RECOVERY SERVICES, INC.,

    Defendant.
_____/

## JUDGMENT

**THIS CAUSE** comes before the based upon the Court's Affirming the Magistrate Judge's Report and Recommendation, entered this date. Based on that Court's Order, it is hereby:

**ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff, Gary F. Thompson, and against Defendant, Professional Recovery Services, Inc., in the amount of $1,001.00. The judgment amount shall accrue post-judgment interest at the rate of 0.12%, for which let execution issue. The Clerk of this Court is **ORDERED** to **CLOSE** this case and all pending motions are **DENIED AS MOOT**.

The Court reserves jurisdiction to award Plaintiff reasonable attorney's fees and costs as the prevailing party.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 26th day of March, 2012.

                                              KENNETH A. MARRA
                                              United States District Judge